David **PERKINS**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 63061.

Missouri Court of Appeals, Western District.

Oct. 5, 2004.

Mark Allen Grothoff, State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kaye Spillars, Stephanie Morrell, Asst. Attys. Gen., Jefferson City, MO, joins on the briefs for Respondent.

Before PATRICIA BRECKENRIDGE, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

### Order

PER CURIAM.

David Perkins appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. In that motion, Perkins claimed he received ineffective assistance of counsel because trial counsel, in his motion for new trial, failed to allege trial court error in permitting the prosecutor to make improper references to Perkins' prior convictions.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).